# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 29, 2020

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #78. SO ORDERED.

[signature]

October 29, 2020

**Re:    United States v. Jose Gonzalez,
       12 Cr. 326 (JMF)**

Dear Judge Furman:

    I write with the consent of the government to request that the Court modify the conditions of Mr. Gonzalez's supervised release, pursuant to 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c)(2)(B)–(C), to transition Mr. Gonzalez from "home confinement" to "home detention" so that he may work.

    On May 28, 2020, this Court Mr. Gonzalez's §3582(c)(1)(A) motion, and he was released to a four year term of supervision, to include twelve months of home confinement. The home-confinement condition made no allowance for work. Modifying this condition to replace it with "home detention" for the remainder of the twelve-month period would allow the Probation Department to permit Mr. Gonzalez to work, so that he can support himself and his sister.

    In the five months since his release, Mr. Gonzalez has scrupulously complied with his supervision. Asked about Mr. Gonzalez's compliance in advance of this motion, his Probation Officer, Larren Riley, wrote "Mr. Gonzalez has honestly been exceptional. He abides by the condition to the letter and I think he will show the same should his schedule change."

    As noted, the government consents to this application.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:    AUSA Margaret Graham