# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2020

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #80. SO ORDERED.*

[signature]

December 15, 2020

**Re: United States v. Jose Gonzalez,
12 Cr. 326 (JMF)**

Dear Judge Furman:

    I write to request that the Court modify the conditions of Mr. Gonzalez's supervised release, pursuant to 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c)(2)(B)–(C), to permit Probation to monitor his compliance with home detention through Smartlink technology on his phone, rather than with an ankle bracelet.

    The reason for this request is that Mr. Gonzalez suffered a transient ischemic attack ("TIA") and was seen in the emergency room. He had gained weight on home detention, and his doctor recommends that he get more aerobic exercise, which the ankle bracelet impedes. (The doctors has also ordered MRIs, which require temporary removal of the ankle bracelet.) Mr. Gonzalez's supervising Probation officer, Larren Riley, has informed me that Probation has the ability to monitor Mr. Gonzalez's home detention without an ankle bracelet, using Smartlink technology. Smartlink sends a client alerts to check in through his phone and uses voice recognition and facial biometrics for verification. Officer Riley has no objection to removing Mr. Gonzalez's ankle bracelet and monitoring him through Smartlink instead. He notes that Mr. Gonzalez continues to do exceptionally well and is compliant with all conditions of his supervision.

    AUSA Margaret Graham also has no objection to the requested modification.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Margaret Graham