**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 26, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: **United States v. Jose Gonzalez,**
    **12 Cr. 326 (JMF)**

Dear Judge Furman:

    I write to request that the Court modify the conditions of Mr. Gonzalez's supervised release, pursuant to 18 U.S.C. § 3583(e)(2) and Fed. R. Crim. P. 32.1(c)(2)(B)–(C), to remove the condition of home detention.

    Mr. Gonzalez has been on supervision since May 28, 2020, when this Court granted his §3582(c)(1)(A) motion and ordered him released to a four-year term of supervision, to include twelve months of home confinement. On October 29, 2020, the Court converted the home confinement condition to "home detention" to allow Mr. Gonzalez to work. Mr. Gonzalez subsequently gained employment at A&S Tax Solutions and is now working more than 40 hours per week during tax season. He has also diligently complied with his drug treatment program at Samaritan Village and will soon be starting a vocational training program there, in anticipation that his current job will slow down after tax season.

    In all respects, Mr. Gonzalez's reentry into the community has been exceptionally successful. Probation Officer Larren Riley—who takes no position on this request as a matter of Probation policy in compassionate release cases—informs me that Mr. Gonzalez is doing "exceedingly well" and is "nothing less than compliant."

    Mr. Gonzalez's home-detention condition is set to expire on or about May 28, 2021. I request that the Court remove it approximately two months early because it is no longer needed in light of Mr. Gonzalez's sustained compliance and progress. See § 3583(d)(2) (conditions of supervision should "involve[] no greater deprivation of liberty than is reasonably necessary" for the purposes set forth in 18 U.S.C. § 3553(a)(2)(B)–(D)).

Hon. Jesse M. Furman  March 26, 2021
United States District Judge  Page 2

    Neither the Probation Department nor the government takes any position on this request.

Respectfully submitted,<br>
/s/<br>
Clay H. Kaminsky<br>
Assistant Federal Defender<br>
(212) 417-8749

cc:    AUSA Margaret Graham
        USPO Larren P. Riley Jr. (by email)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 82.

SO ORDERED.

*[signature]*

March 30, 2021