

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
New York, New York 10007

      Re:    *United States v. Jose Gonzalez*, 12 Cr. 326 (JMF)

Dear Judge Furman:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060

Application GRANTED. The Clerk of Court is directed to terminate Nicholas Folly as counsel and to terminate ECF No. 87.

SO ORDERED.

October 10, 2024